UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHOA DANG NGUYEN,<br><br>    Plaintiff,<br> v.<br>WELLS FARGO BANK,<br><br>    Defendant. | Case No.: 13-CV-02986-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

  Plaintiff filed a complaint in this Court on June 28, 2013. On September 26, 2013, Defendant Wells Fargo Bank filed a motion to dismiss the complaint. *See* ECF No. 12. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on October 10, 2013. As of today, January 3, 2014, Plaintiff has not filed an opposition or statement of nonopposition to the motion to dismiss.

  The Court hereby orders Plaintiff to show cause why this case should not be dismissed with prejudice for failure to prosecute. This Order does not authorize Plaintiff to file an untimely opposition to the motion to dismiss. Plaintiff has until January 15, 2014 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **January 16, 2014 at 1:30 p.m.** Plaintiff's failure to respond to this Order and to appear at the January 16, 2014 hearing will result in dismissal with prejudice for failure to prosecute.

1

Case No.: 13-CV-02986-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

1  **IT IS SO ORDERED.**

2

3  Dated: January 3, 2014



4  _____
   LUCY H. KOH
   United States District Judge

2

Case No.: 13-CV-02986-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE