UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHOA DANG NGUYEN,<br><br>   Plaintiff,<br> v.<br>WELLS FARGO BANK,<br><br>   Defendant. | Case No.: 13-CV-02986-LHK<br><br>**MINUTE ORDER AND CASE MANAGEMENT ORDER** |

Clerk:  Martha Parker Brown  Plaintiffs' Attorneys: Khoa Dang Nguyen (pro se)
Reporter:  Lee-Anne Shortridge  Defendant Attorney: Thomas Abbott
Length of hearing:

  An order to show cause hearing was held on January 16, 2014, at 1:30 p.m. An initial case management conference is scheduled for May 14, 2014, at 2 p.m.

  The Court directed Plaintiff to the Federal Legal Assistance Self-help Center, located at:

United States Courthouse
280 South 1st Street
2nd Floor, Room 2070
San Jose, CA 95113
Phone: 408-297-1480

  The Court vacated the order to show cause, ECF No. 21, and set the following briefing schedule concerning Defendant's pending motion to dismiss, ECF No. 12:

  Plaintiff's opposition due: January 21, 2014
  Defendant's reply due: January 24, 2014

  If the Plaintiff fails to file an opposition by January 21, 2014, the Court will not grant Plaintiff any further extensions to oppose the motion to dismiss.

1

Case No. 13-CV-02986-LHK
CASE MANAGEMENT AND MINUTE ORDER

**IT IS SO ORDERED.**

Dated: January 16, 1014

_____
LUCY H. KOH
United States District Judge