United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KHOA DANG NGUYEN,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al<br><br>    Defendant. | Case No. 5:16-cv-03043 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 13-cv-02986 LHK, Nguyen v Wells Fargo Bank.

IT IS SO ORDERED.

Date: September 1, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOA DANG NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>Defendants. | Case No. 16-cv-03043-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Khoa Dang Nguyen
471 E. Julian Street
San Jose, CA 95112

Dated: September 1, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lili M. Harrell
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

2